

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARIO ERNESTO MARTELL, | § | No. 08-18-00180-CR |
| Appellant, | § | Appeal from the |
| v. | § | 1st Criminal District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#990D03958) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's judgment adjudicating guilt and remand the cause to the trial court with instructions to dismiss the motion to adjudicate, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF NOVEMBER, 2022.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.